# WL| Wright Law

### ATTORNEY AT LAW

---

**305 BROADWAY, SUITE 1001,**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

April 19, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *United States* v. *William Drayton* 22 Cr. 91 (RA)

Dear Judge Abrams:

      I represent William Drayton in the above referenced Indictment. I respectfully request an adjournment regarding Mr. Drayton's next court appearance which is currently set for this Friday, April 22, 2022.

      Unfortunately, I have to travel outside of New York City to attend to a family medical emergency regarding my mother who is in Los Angeles and I will be unable to appear in court this Friday. I will be back in New York on Sunday, April 24, 2022, so I am available to appear on Mr. Drayton's case during the week starting April 25, 2022, or any date thereafter which is best for the Court (except for Tuesday, April 26, 2022).

      I have spoken to AUSA Micah Festa Fergenson and he graciously consents to this request.

                                            Sincerely,
                                            /s/
                                            Christopher Wright

Cc: AUSA Micah Festa Fergenson