

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 20, 2022

**BY ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. The sentence is adjourned to February 17, 2023 at 2:30 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 20, 2022

Re:   *United States v. William Drayton*,  S1 22 Cr. 91 (RA)

Dear Judge Abrams:

    The Government writes respectfully to request, on consent of defendant William Drayton, an adjournment of Drayton's sentencing, which is currently scheduled for January 6, 2023. The Government understands the Court is available in the afternoon of February 17, 2023, which also works for the parties.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/ Micah F. Fergenson
Micah F. Fergenson / Michael R. Herman
Assistant United States Attorneys
(212) 637-2190 / - 2221

cc: Christopher Wright, Esq. (by ECF)