# WL | Wright Law
## ATTORNEY AT LAW

---

**299 B**ROADWAY**, S**UITE **708**
**N**EW **Y**ORK**, NY 10007**
**O**FFICE **(212) 822-1419 • F**ACSIMILE **(212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

January 31, 2023

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to March 10, 2023 at 12:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 3, 2023

**Re:**   *United States* **v.** *Billy Ortega, et al* **22 Cr. 91 (RA)**

Dear Judge Abrams:

    I represent William Drayton in this Indictment and write today to respectfully request an adjournment of Mr. Drayton's sentence which is currently scheduled for February 17, 2023 .

    I will be engaged on trial over the next few weeks including the putative sentence date of February 17, 2023, in the matter of <u>People of New York v. Anthony Salazar</u> (Ind. 74317-2021). Consequently, I respectfully request a sentence date for Mr. Drayton during the first week of March of 2023, or a date thereafter that is most convenient for the Court.

    I have informed AUSA Micah Fergenson about my scheduling conflict and the government graciously consents to this adjournment request.
.

                      Sincerely,
                        /s/
                      Christopher Wright